FEBRUARY 27, 1996

No. 95–8060 (A–711). GRANVIEL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 28, 1996

No. 95–27. MERRILL ET AL. *v.* BARBOUR. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 1086.] Writ of certiorari dismissed under this Court's Rule 46.1.

FEBRUARY 29, 1996

No. A–723. JAMES *v.* CAIN, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 95–8118 (A–722). LOYD *v.* LOUISIANA. Sup. Ct. La. Application for stay of execution of sentence of death of Antonio James, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MARCH 1, 1996

No. 95–1160. TRACY *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

No. 95–299. ARIZONA *v.* RENO, ATTORNEY GENERAL, ET AL. D. C. D. C. [Probable jurisdiction postponed, *ante*, p. 1020.] Appeal dismissed under this Court's Rule 46.1.